IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Case No. 15-mc-00048-PAB-MEH

NORTH BROWARD HOSPITAL DISTRICT,

    Plaintiff,

v.

HEALTHTRIO, LLC, and
MONUMENT SYSTEMS, LLC,

    Defendants.

---

**ORDER**

---

The Court takes up this matter *sua sponte* on plaintiff North Broward Hospital District's Notice of Withdrawal of Subpoena to Wheeler Trigg O'Donnell, LLP [Docket No. 11]. Defendants initiated this action by filing a Motion to Quash Subpoenas[1] and for Protective Order which sought to quash a subpoena issued to defendants' attorneys, Wheeler Trigg O'Donnell LLP, that was issued in connection with a case that is currently pending in the United States District Court for the Southern District of Florida. *See* Docket No. 1. On March 20, 2015, plaintiff filed a motion to transfer this action to the Southern District of Florida. *See* Docket No. 6. On April 10, 2015, plaintiff filed a notice of withdrawal of the subpoena. *See* Docket No. 11.

"Mootness is a threshold issue because the existence of a live case or controversy is a constitutional prerequisite to federal court jurisdiction." *McClendon v.*

---

[1] The Court notes that, while the motion's title refers to multiple subpoenas, the motion itself references only a single subpoena. *See* Docket No. 1 at 2.

*City of Albuquerque*, 100 F.3d 863, 867 (10th Cir. 1996) (citing *Beattie v. United States*, 949 F.2d 1092, 1093 (10th Cir. 1991)). "Because mootness is a matter of jurisdiction, a court may raise the issue sua sponte." *Id.* (citing *Johnson v. Riveland*, 855 F.2d 1477, 1480 (10th Cir. 1988)). Because the subpoena at issue has been withdrawn, this action is moot, as there no longer exists a live case or controversy for the Court to decide.

Wherefore, it is

**ORDERED** that defendants HealthTrio, LLC and Monument Systems, LLC's Motion to Quash Subpoenas and for Protective Order [Docket No. 1] is **DENIED** as moot. It is further

**ORDERED** that plaintiff North Broward Hospital District's Motion to Transfer Case to the Southern District of Florida [Docket No. 6] is **DENIED** as moot. It is further

**ORDERED** that this case is closed.

DATED April 28, 2015.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge